## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| JOHN D. FELDE, | ) | |
| | ) | Civil No. 04-5121 (JRT/RLE) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| | ) | |
| Defendant. | ) | |

John D. Felde, 5511 Tower Drive, Woodbury, Minnesota 55125, *pro se* plaintiff.

Lonnie F. Bryan, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, for defendant.

Pursuant to the Stipulation for Dismissal [Docket No. 8], and all the files, records, and proceedings in this matter,

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice.

Dated: May 31, 2005
at Minneapolis, Minnesota

                                                    s/John R. Tunheim
                                                   JOHN R. TUNHEIM
                                          United States District Judge